1   XAVIER BECERRA
    Attorney General of California
2   RICHARD J. ROJO
    Supervising Deputy Attorney General
3   CHRISTOPHER M. HILL
    Deputy Attorney General
4   State Bar No. 149849
     300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
     Telephone: (213) 897-2149
6     Fax: (213) 897-2810
     E-mail:  Christopher.Hill@doj.ca.gov
7   *Attorneys for Defendant Alphonso Swaby*

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12  | **LAFONZO R. TURNER,** | CV15-00109 MMM (AGR) |
    |---|---|
13  | Plaintiff, | **DEFENDANT ALPHONSO SWABY'S ANSWER TO FIRST AMENDED COMPLAINT** |
14  | **v.** | |
15  | | Judge: Hon. James V. Selna |
16  | **MATTHEW CATES, ET AL.,** | Trial Date: Not set. Action Filed: 1/8/2015 |
17  | Defendants. | |

18

19          In answer to Plaintiff Lafonzo R. Turner's (Plaintiff) First Amended

20  Complaint, Defendant Alphonso Swaby (Defendant), hereby admits, denies and

21  alleges as follows:

22          1.     Answering Paragraph 1, Defendant admits the allegations contained

23  therein.

24          2.     Answering Paragraph 2, Defendant denies the allegations.  Defendant

25  alleges Plaintiff is making legal arguments instead of pleading facts.  Defendant

26  also notes that Defendants Adams, Finander and Shank have been dismissed from

27  this action pursuant to Court Order.  (Court Document 96).

28

                                         1

3.    Answering Paragraph 3, Defendant admits that allegations involve time while Plaintiff in custody at C.S.P. Lancaster.  Defendant denies the remaining allegations contained therein.  Defendant alleges Plaintiff is making legal arguments instead of pleading facts.

4.    Answering Paragraph 4, Defendant admits that he was a physician at Lancaster State Prison at times relevant to this action.  Defendant denies the remaining allegations contained therein.  Defendant alleges Plaintiff is making legal arguments instead of pleading facts.  The Court has also dismissed this action against Defendant insofar as he is sued in his official capacity.  (Document 96).

5.    Answering Paragraph 5, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

6.    Answering Paragraph 5, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

7.    Answering Paragraph 7, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

8.    Answering Paragraph 8, Defendant admits that the Court has jurisdiction over Plaintiff's claims.

9.    Answering Paragraph 9, Defendant admits the allegations contained therein.

10.   Answering Paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

11.   Answering Paragraph 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

12. Answering Paragraph 12, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

13. Answering Paragraph 13, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

14. Answering Paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

15. Answering Paragraph 15, Defendant denies the allegations contained therein.

16. Answering Paragraph 16, Defendant admits that he saw Plaintiff on or about 3/6/2012. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

17. Answering Paragraph 17, Defendant admits that Plaintiff was noted to walk with a strong and steady gait without assistance or need to pause. Defendant further admits that Plaintiff refused to cooperate with the examination of his extremities, and that no medical necessity for a low bunk or a low tier was established at that time, and that Plaintiff's First Level HC Appeal was denied. Defendant denies the remaining allegations contained in said paragraph.

18. Answering Paragraph 18, Defendant admits that Plaintiff refused to be examined and told Defendant "Just look at my file, you don't need to examine me." Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

/ / /

/ / /

3

19.   Answering Paragraph 19, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

20.   Answering Paragraph 20, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

21.   Answering Paragraph 21, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

22.   Answering Paragraph 22, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

23.   Answering Paragraph 23, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

24.   Answering Paragraph 24, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

25.   Answering Paragraph 25, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

26.   Answering Paragraph 26, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

27.   Answering Paragraph 27, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

28.   Answering Paragraph 28, Defendant notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order, and on that basis Defendant denies the allegations.  (Document 96).

29.   Answering Paragraph 29, Defendant denies the allegations contained therein.

30.   Answering Paragraph 30, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

31.   Answering Paragraph 31, Defendant denies the allegations contained therein.  Defendant also notes that Defendants Adams, Finander and Shank have been dismissed from this action pursuant to Court Order.  (Document 96).

32.   Answering Paragraph 32, Defendant denies the allegations contained therein.

33.   Answering Paragraph 33, Defendant denies the allegations contained therein.

34.   Answering Paragraph 34, Defendant admits that trial by jury is demanded.

35.   Answering Paragraph 35, Defendant denies the allegations.  Defendant alleges Plaintiff is making legal arguments instead of pleading facts.

36.   Answering Paragraph 36, Defendant denies the allegations.  Defendant alleges Plaintiff is making legal arguments instead of pleading facts.

37.   Answering Paragraph 37, Defendant denies that Plaintiff is entitled to punitive damages or any other relief in this action.

## AFFIRMATIVE DEFENSES

1.   Because the First Amended Complaint is unclear, Defendant cannot fully anticipate all affirmative defenses that may be applicable to this matter.

1    Accordingly, Defendant hereby reserves the right to assert additional affirmative

2    defenses, if and after Plaintiff's allegations and theories of liability become clear.

3         2.    The First Amended Complaint and each claim for relief therein fail to

4    allege sufficient facts to constitute a claim upon which relief may be granted.

5         3.    Defendant has not deprived Plaintiff of any right, privilege, or immunity

6    guaranteed by the laws of the Constitution of the United States.

7         4.    Defendant is entitled to qualified immunity, as Defendant has at all times

8    acted in good faith, with due care, within the scope of discretion, and pursuant to

9    laws, regulation, and rules, reasonably believed to be in accordance with the

10   Constitution and laws of the United States.

11        **WHEREFORE**, under Federal Rule of Civil Procedure 38, Defendant

12   demands that the above-entitled matter be tried by and before a jury to the extent

13   provided by law and prays for judgment as follows:

14        1.    That Plaintiff takes nothing by this action and that judgment be rendered

15   in favor of Defendant;

16        2.    That Defendant be awarded the costs incurred in defending the instant

17   lawsuit; and

18        3.    For such other relief as the Court deems proper.

19

20   Dated:  August 15, 2017                    Respectfully submitted,

21                                              XAVIER BECERRA
                                                Attorney General of California
22                                              RICHARD J. ROJO
                                                Supervising Deputy Attorney General
23

24

25                                              /s/ Christopher Hilll
                                                CHRISTOPHER M. HILL
26                                              Deputy Attorney General
                                                *Attorneys for Defendant Alphonso*
27                                              *Swaby*

28   LA2015603963

# CERTIFICATE OF SERVICE

Case Name:   **LaFonzo R. Turner v. Matthew**      No.   **CV15-00109 MMM (AGR)**
             **Cates, et al.**

I hereby certify that on <u>August 16, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:  **DEFENDANT ALPHONSO SWABY'S ANSWER TO FIRST AMENDED COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>August 16, 2017</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Lafonzo R Turner, # G-05794
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 16, 2017, at Los Angeles, California.

                                   /S/ Lisa Martinez
                                   Declarant

LA2015603963
61920983.doc61920983.doc