1  XAVIER BECERRA
   Attorney General of California
2  RICHARD J. ROJO
   Supervising Deputy Attorney General
3  CHRISTOPHER M. HILL
   Deputy Attorney General
4  State Bar No. 149849
    300 South Spring Street, Suite 1702
5   Los Angeles, CA 90013
    Telephone: (213) 269-6000
6   Fax: (213) 897-2810
    E-mail: Christopher.Hill@doj.ca.gov
7  Attorneys for Defendant Alphonso Swaby

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO R. TURNER,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**MATTHEW CATES, ET AL.,**<br><br>　　　　　　　　　　Defendants. | CV15-00109 JVS (AGR)<br><br>**DEFENDANT ALPHONSO SWABY'S STATUS REPORT IN RESPONSE TO COURT'S MINUTE ORDER RE FURTHER PROCEEDINGS AFTER CONCLUSION OF SETTLEMENT PROCEEDINGS**<br><br>Judge: Hon. James V. Selna<br>Trial Date: Not set.<br>Action Filed: 1/8/2015 |

1. DISCOVERY:

The sole remaining Defendant, Alphonso Swaby, has responded to discovery in this action. Defendant requests that discovery be allowed to continue in this action for 90 days so that Defendant may propound limited written discovery to Plaintiff and obtain the Deposition of Plaintiff.

///

///

///

1

2. DISPOSITIVE MOTIONS:

Defendant does contemplate filing of a motion for summary judgment on Plaintiff's sole remaining claim for violation of Plaintiff's right under the Eighth Amendment of the United States Constitution, to be free from cruel and unusual punishment under 42 U.S.C. § 1983. Defendant respectfully requests that he be permitted to file such motion within 120 days.

3. OTHER MATTERS:

Defendant does not know of any other matters that require the Court's attention at this time.

Dated: April 12, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD J. ROJO
Supervising Deputy Attorney General

/s/

CHRISTOPHER M. HILL
Deputy Attorney General
*Attorneys for Defendant Alphonso Swaby*

LA2015603963

## CERTIFICATE OF SERVICE

Case Name: **LaFonzo R. Turner v. Matthew Cates, et al.**    No. **CV15-00109 MMM (AGR)**

I hereby certify that on April 12, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system: **DEFENDANT ALPHONSO TURNER SWABY'S STATUS REPORT IN RESPONSE TO CURT'S MINUTE ORDER RE FURTHER PROCEEDINGS AFTER CONCLUSION OF SETTLEMENT PROCEEDINGS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On April 12, 2019, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Lafonzo R Turner, # G-05794
California State Prison-LAC
P.O. Box 4670
Lancaster, CA 93539

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 12, 2019, at Los Angeles, California.

/S/ Lisa Martinez
Declarant

LA2015603963
61920983.doc61920983.doc