UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 15-00109JVS(AGRx)                                          Date  October 21, 2019

Title  Lafonzo R Turner v Matthew Cates, et al

Present: The Honorable  **James V. Selna, US District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nicolette Glazer | Christopher Hill |

**Proceedings:**  Scheduling Conference

Cause called and counsel make their appearances.  The Court and counsel confer.   The Court sets the case management dates with the agreement of counsel as follows:

      **Jury Trial**                                         **June 16, 2020 at 8:30 a.m.**
        File Findings of Fact and Conclusions of Law by June 9, 2020
      **Final PreTrial Conference**               **June 1, 2020 at 11:00 a.m.**
        File PreTrial Documents not later than May 26, 2020
        File motions in limine not later than May 4, 2020
      **Discovery Cut-off**                            **March 30, 2020**
      **Expert Discovery Cut-off**                **May 29, 2020**
        Initial disclosure of Experts not later than May 1, 2020
        Rebuttal disclosure of Experts not later than May 15, 2020
      **Law and Motion Cut-off**                 **April 27, 2020  at 1:30 p.m.**
        Motions to be filed and served not later than March 30, 2020
      **Interim Status Conference**             **January 14, 2020 at 10:30 a.m.**

Counsel shall hold a further settlement conference with Judge Bianchini.  The Court orders that any settlement discussions shall be completed not later than March 30, 2020.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

cc: ADR

                                                                                                                      0   :   05

                                                      Initials of Preparer        lmb