Nicolette Glazer Esq., SBN209713
Law Offices of Larry R Glazer
Watt Plaza
1875 Century Park East #700
Century City, CA 90067
Telephone:  310-407-5353
Facsimile: 310-407-5354
Email:nicolette@glazerandglazer.com

Pro Bono Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER | CASE NO: CV 15-109-JVS (AGRx) |
| PLAINTIFF, | **HONORABLE JUDGE JAMES V. SELNA** |
| vs. | **ORDER In Re: STIPULATION TO CONTINUE TRIAL RELATED DEADLINES AND DATES** |
| MATTHEW CATES et al; | |
| DEFENDANTS. | |

The parties having filed a Joint Stipulation to extend dates and deadlines in this action, and good cause appearing, IT IS HEREBY ORDERED that the dates and deadlines in this action be continued as follows:

**1. Jury Trial from September 15, 2020 to December 15, 2020.**

File Findings of Fact and Conclusions of Law by December 8, 2020

**2. Final PreTrial Conference from Sept 1, 2020 at 11:00 a.m. to November 30, 2020.** *[note date change]*

File PreTrial Documents not later than November 25, 2020

File motions in limine not later than November 2, 2020 *[note date change]*

**3. Discovery Cut-off from June 29, 2020 to 29 September 2020**

**4. Expert Discovery Cut-off from Aug 25, 2020 to November 25, 2020**

Initial disclosure of Experts not later than November 1, 2020

Rebuttal disclosure of Experts not later than November 15, 2020

**5. Law and Motion Cut-off October 26, 2020.**

Motions to be filed and served not later than September 28, 2020

Dated: June 29, 2020

_____
United States District Judge
**James V Selna**