Nicolette Glazer Esq., SBN209713
Law Offices of Larry R Glazer
1999 Avenue of the Stars #1100
Century City, CA 90067
Telephone: 310-407-5353
Facsimile: 310-407-5354
Email:nicolette@glazerandglazer.com

Pro Bono Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAFONZO R. TURNER<br>PLAINTIFF,<br>vs.<br>MATTHEW CATES et al;<br>DEFENDANTS. | CASE NO: CV 15-109-JVS (AGR)<br>**HONORABLE JUDGE JAMES V. SELNA**<br>**ORDER ON STIPULATION TO CONTINUE TRIAL RELATED DEADLINES AND DATES** |

The parties having filed a Joint Stipulation to extend dates and deadlines in this action, and good cause appearing, IT IS HEREBY ORDERED that the dates and deadlines in this action be continued as follows:

1. **Jury Trial from December 15, 2020 to April 13, 2021.**

File Findings of Fact and Conclusions of Law by April 6, 2021

2. **Final PreTrial Conference from Dec 1, 2020 at 11:00 a.m. to March 29, 2021.**
   ***[Note date change.]***

File PreTrial Documents not later than March 23, 2021

File motions in limine not later than March 16, 2021

**3. Discovery Cut-off from Sept 29, 2020 to 28 February 2021**

**4. Expert Discovery Cut-off from Nov 25, 2020 to March 25, 2021**

Initial disclosure of Experts not later than March 1, 2021

Rebuttal disclosure of Experts not later than March 30, 2021

**5. Law and Motion Cut-off March 1, 2021.**

Motions to be filed and served not later than Feb 1, 2021

Dated: September 24, 2020

United States District Judge
**James V Selna**