# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 15-00109 JVS (AGRx) | Date June 30, 2022 |
| Title Lafonzo R. Turner v. Matthew Cates, et al. | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Denying Motion to Stay Without Prejudice

  Lafonzo R. Turner has applied to the Court to stay all proceedings because he has been placed in AD-SEG. (Docket No. 158.)

  The application is denied without prejudice. He may apply for relief if he is unable to meet a specific court deadline or in unable to take a specific action in light his present housing.

| | : 00 |
|---|---|
| Initials of Preparer | lmb |