1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19

**LAFONZO R. TURNER,**

Plaintiff,

**v.**

**MATTHEW CATES, ET AL.,**

Defendants.

2:15-cv-00109 JVS (AGRx)

**JUDGMENT**

Date: November 14, 2022
Time: 1:30 p.m.
Courtroom: Santa Ana, 10C
Judge: The Honorable James V. Selna
Trial Date:   12/6/2022
Action Filed: 1/8/2015
[NO ORAL ARGUMENT REQUESTED]

20
21
22
23
24
25
26
27
28

The Court, having considered Defendant A. Swaby's Motion for Summary

Judgment and issued an Order granting Defendant's Motion for Summary

Judgment (ECF No. 198),

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Defendant A. Swaby is entitled to judgment against Plaintiff.

2. Plaintiff take nothing, that the action be dismissed on the merits, and that

///

1

1   Defendants recover their costs.

2      IT IS SO ORDERED.

3

4

5   Dated: November 21, 2023

                             _____

6                                 The Honorable James V. Selna,
                                United States District Court Judge

7

8

9

10   LA2015603963

11   37670854.docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2